IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| TIFFANI ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-01035-LRR |
| | ) | |
| v. | ) | |
| | ) | **Judge Reade** |
| FIRST FINANCIAL ASSET | ) | **Magistrate Judge Scoles** |
| MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, TIFFANI ALLEN, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

                Respectfully submitted,
                **TIFFANI ALLEN**

             By:  s/ David Steen
                Attorney for Plaintiff

Dated: April 6, 2011

David J. Steen
LARRY P. SMITH & ASSOCIATES, LTD.
P.O. Box 1436
Des Moines IA 50305
Direct Dial:   (515) 724-3384
Telephone:   (888) 822-1777 (x830)
Facsimile:    (888) 418-1277
E-Mail:        dsteen@smithlaw.us